# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 21, 2021

## NO. 03-19-00099-CR

**Jarod Smith, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 427TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
REVERSED AND RENDERED -- OPINION BY JUSTICE KELLY**

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the judgment. Therefore, the Court reverses the trial court's judgment of conviction and renders judgment that appellant is not guilty of the offense of attempting to take a weapon from a peace officer, as charged in the indictment. Appellant is discharged from all further liability for such offense as charged. The State shall pay all costs relating to this appeal, both in this Court and in the court below.